Weneta M.A. Kosmala, Esq.
c/o **LAW OFFICES OF**
**WENETA M.A. KOSMALA**
Post Office Box 16279
Irvine, California  92623-9998
Telephone:  (714) 708-8190
Facsimile:   (714) 708-0666

Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:05-BK-14961 ES |
| SUN BELT LANDSCAPE AND MAINTENANCE, | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS(S) |
| | (FRBP 3011) |
| | [No Hearing Set.] |
| Debtor(s). | |

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check No.172  in the sum of $11,365.77 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated:  October 15, 2009

Weneta M.A. Kosmala,
Chapter 7 Bankruptcy Trustee

1



JPMORGAN CHASE BANK, N.A. — VOID AFTER 90 DAYS

Case 8:05-bk-14961-ES — Debtor: SUN BELT LANDSCAPE AND MAINT
3125931974&6
TURNOVER OF UNCLAIMED DIVIDENDS TO THE COURT PURSUANT TO BANKRUPTCY RULE 3011

Pay to the Order of: UNITED STATES BANKRUPTCY COURT

Amount: Eleven Thousand Three Hundred Sixty-Five Dollars and 77/100

$ ******11,365.77

Date: 10/15/2009

WENETA M.A. KOSMALA
CHAPTER 7 BANKRUPTCY TRUSTEE
Post Office Box 16279
Irvine CA 92623-9998

Signed: WENETA M.A. KOSMALA

| CLAIM # | CLAIMANT/ADDRESS | CHECK # | AMOUNT |
|---|---|---|---|
| 1 | Layla McGuire<br>2642 W. Lincoln Avenue<br>Anaheim, CA 92801 | 121 | $101.83 |
| 2 | Maria F. Torres<br>515 S. Haven Dr.<br>Anaheim, CA 92805 | 122 | $1,116.66 |
| 13 | Martin Baltazar<br>c/o Donald W. Sieveke<br>1113 N. Spurgeon Street<br>Santa Ana, CA 92701 | 126 | $333.24 |
| 16 | Martin Garacia Benitez<br>8970 Tina Way, Unit A<br>Anaheim, CA 92804 | 129 | $273.43 |
| 17 | Silverio Morales<br>913 ½ Truslow<br>Fullerton, CA 92832 | 130 | $78.18 |
| 18 | Cayetano Garcia<br>8770 Tina Way, Unit A<br>Anaheim, CA 92804 | 131 | $597.31 |
| 19 | Francisco Rodriguez<br>624 S. Sullivan St., Unit 12<br>Santa Ana, CA 92704 | 132 | $341.78 |
| 20 | Francisco Gonzales<br>1168 Mayfair, Unit 2<br>Anaheim, CA 92801 | 133 | $2,161.77 |
| 21 | Oscar Hernandez<br>1592 Benmore, Unit 3<br>Anaheim, CA 92805 | 134 | $752.79 |
| 24 | Jaime Corza<br>1532 E. LaPalma, Unit 205<br>Anaheim, CA 92806 | 136 | $523.35 |
| 27 | Enrique Fregovo<br>2253 Nelson Street<br>Pomona, CA 91766 | 139 | $1,971.87 |
| 30 | Miguel Ramos<br>313 E. 62nd Street<br>Los Angeles, CA 90003 | 142 | $2,210.77 |
| 43 | Miguel Ramos<br>313 E. 62nd St<br>Los Angeles, CA 90003 | 148 | $597.42 |

F:\NENETA\TRUSTEE\M-Z\Sun Belt Landscape\Closing\3011 Notice.wpd

| | | | |
|---|---|---|---|
| 47 | Sunstate Equipment Co<br>Construction Collection Serv<br>456 E. Grand Ave., Ste. 304<br>Escondido, CA 92025 | 150 | $121.52 |
| 66 | Moreno Construction Services<br>2960 Via Corazon Drive<br>Corona, CA 92882 | 164 | $183.85 |
| | **TOTAL** | | $11,365.77 |
| | | | |

| In re:<br>**SUN BELT LANDSCAPE AND MAINTENANCE,**<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER **8:05-bk-14961-ES** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 16279, Irvine, CA 92623-9998

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **OCTOBER 15, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Weneta M Kosmala    Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **OCTOBER 15, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Erithe A. Smith, 411 West Fourth Street, Suite 5041, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/15/09 | David M. Fitzgerald | /s/David M. Fitzgerald |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**