**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ASSET RECOVERY TRUST<br>P.O. BOX 4296<br>COSTA MESA, CA 92628-4296<br>PH: 714-546-8100<br>FAX: 714-435-1792 | FILED<br>NOV 30 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: SUN BELT LANDSCAPE AND MAINTENANCE, INC.

CASE NUMBER SA 05-14961 ES

HEARING DATE:
TIME:
PLACE:

Debtor.

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,971.87 which is the sum of all monies deposited with the court on the following date(s) unknown on behalf of the creditor ENRIQUE FREGOVO (sic) on claim number(s) 298

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____. The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed ASSET RECOVERY TRUST as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____
   _____

(Continued on next page)

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 3011-1